UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN WASHINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1989** |
| **MEDICAL STAFF, ET AL.** | **SECTION: D (3)** |

### ORDER

The Court, having considered the complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, and having found the Report and Recommendation not clearly erroneous or contrary to the law, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Brian Washington's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, January 13, 2026.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.
[2] R. Doc. 6.